| PROB 22<br>(Rev. 9/98) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>EP:20-CR-01707-DB(2) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>**1:21PT00032** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>WD/TX | DIVISION<br>EL PASO |
|---|---|---|
| VIRAKONE SIVIENG | NAME OF SENTENCING JUDGE<br>David Briones<br>Senior U.S. District Judge | |
| | DATES OF PROB/<br>SUPV. REL. | FROM<br>08/12/2021 | TO<br>08/11/2024 |

**OFFENSE**

Ct. 2: Possession with Intent to Distribute a Quantity of Marijuana

21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(D)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF TEXAS</u>.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Western District of Michigan** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11-4-2021

Date

/s/ David Briones

DAVID BRIONES
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF MICHIGAN**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 12, 2021

Date

/s/ Paul L. Maloney

United States District Judge